HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUGO LOPEZ-MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-cr-113 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| HUGO LOPEZ-MUNOZ, | Date:   December 17, 2013 |
| Defendant. | Time:   9:15 a.m. |
| | Judge:  Honorable Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Nirav Desai, Assistant United States Attorney, attorney for Plaintiff, and Matthew M. Scoble, attorney for HUGO LOPEZ-MUNOZ, that the status conference date of December 3, 2013 be continued to December 17, 2013 at 9:15 a.m.

The reason for this continuance is because counsel needs additional time for further investigation and to examine possible defenses with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 17, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

Stipulation to Continue        -1-        *US v. Lopez-Munoz, 13-cr-113 LKK*

DATED: November 21, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender


*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for HUGO LOPEZ-MUNOZ


DATED: November 21, 2013

BENJAMIN B. WAGNER
United States Attorney


/*s/ Matthew M. Scoble for*
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 3, 2013 status conference is continued to December 17, 2013 at 9:15 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the December 17, 2013 hearing date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: November  25, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT